[No. 54164-1-I.   Division One.   March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JEMUEL GALLA ALBA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01430-0, Gregory P. Canova, J., entered March 29, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54200-1-I.   Division One.   March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MALCOLM B. WHEELER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07146-0, Terence Lukens, J., entered February 17, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54484-5-I.   Division One.   March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SURETY BANKERS INS. CO. ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04427-6, Palmer Robinson, J., entered June 11, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 30178-4-II.   Division Two.   March 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN JON MAZZA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04610-1, John A. McCarthy, J., entered March 28, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.